IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LARRY NEAL                                                                                               PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 4:12cv10-SA-JMV

LEFLORE COUNTY BOARD OF SUPERVISORS;
AND WILLIE J. PERKINS, SR., INDIVIDUALLY
AND IN HIS FORMER OFFICIAL CAPACITY;
AND SAM ABRAHAM, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY; AND ROBERT E.
MOORE, INDIVIDUALLY AND IN HIS FORMER
OFFICIAL CAPACITY AND IN HIS OFFICIAL CAPACITY                    DEFENDANTS

**ORDER OF MANDATORY STAY**

THIS MATTER is before the Court on Defendants' *Joint Motion for Mandatory Stay* [13]. The Court, noting that the Defendants' *Joint Motion to Dismiss* has asserted various immunity defenses to Plaintiff's federal and state law claims and has requested the Court not to exercise jurisdiction over certain claims that may be resolved in Plaintiff's previously filed state court action, finds that Local Rule 16(b)(3)(B) mandates that certain proceedings be stayed until the immunity and jurisdictional defenses are decided by this Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the *Joint Motion to Stay Proceedings* [13] is GRANTED and that all proceedings and discovery herein, including the Case Management Conference are stayed pending a ruling on the motion to dismiss. Further, the Defendant shall notify the undersigned within ten (10) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

SO ORDERED this the 30th day of March, 2012.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE