IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LARRY NEAL                                                                                          PLAINTIFF

V.                                                                             CAUSE NO.: 4:12CV10-SA-JMV

LEFLORE COUNTY BOARD OF SUPERVISORS;
WILLIE J. PERKINS, SR., INDIVIDUALLY
AND IN HIS FORMER OFFICIAL CAPACITY;
SAM ABRAHAM, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; and ROBERT E. MOORE,
INDIVIDUALLY AND IN HIS FORMER OFFICIAL
CAPACITY AND IN HIS OFFICIAL CAPACITY                                      DEFENDANTS

ORDER

Pursuant to a Memorandum Opinion issued this day, Defendants' Motion to Dismiss [11] is GRANTED and Plaintiff's case is DISMISSED. All other pending motions are TERMINATED.

SO ORDERED, this the 10th day of September, 2013.

                                                             **/s/ Sharion Aycock**
                                                             **U.S. DISTRICT JUDGE**